IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JAMES M. MARTIN, | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION FILE<br>: NO. 1:06-CV-63(WLS) |
| KEVIN ROBERTS, Warden | : |
| Defendant. | : |

**O R D E R**

Plaintiff has filed a motion which he has styled as "Plaintiff Request To Be Present At Taping Of Any Deposition With Defendant Witness(es)" which he has purportedly served upon the defendant Roberts prior to the filing of an answer. If, during the course of preparing this matter for final disposition, counsel for defendant deems it appropriate to depose any inmate witness at Calhoun State Prison or any staff member of that prison, it is ORDERED that plaintiff be allowed to attend the deposition if and only if the plaintiff is still housed at Calhoun State Prison. Insofar as plaintiff's proposal or request that a video camera be used for the taking of any depositions, the court will not dictate to defense counsel the manner in which any depositions must be taken down. Accordingly this portion of plaintiff's motion is DENIED. Plaintiff next requests that staff members at Calhoun State Prison who are notaries public operate the video camera during the taping of any deposition. Inasmuch as any deposition which defense counsel may elect to take will involve the use of a certified court reporter this portion of plaintiff's motion is likewise DENIED. For the above and foregoing reasons plaintiff's motion is **GRANTED** in part and **DENIED** in part.

SO ORDERED, this 18\ :sup:`th` day of October 2006.

        */s/ Richard L. Hodge*
        RICHARD L. HODGE
        UNITED STATES MAGISTRATE JUDGE