IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JAMES M. MARTIN, | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION FILE<br>: NO. 1:06-CV-63(WLS) |
| KEVIN ROBERTS, Warden | : |
| Defendant. | : |

**O R D E R**

Plaintiff has filed a motion which he has styled as "Plaintiff Request Copy of Production of Documents Any Transcript That Defendant Made of Deposition," which he purportedly served upon defendant Roberts prior to the filing of an answer. The court believes that plaintiff is seeking an order requiring defendant to provide him with copies of any deposition transcripts which may exist in this civil action. At present, the court is unaware of the existence of any depositions. Plaintiff's motion is **DENIED.** Plaintiff is here advised that his *in forma pauperis* status does not require the defendant to incur his copying costs. In the event any deposition transcripts presently exist or come to exist in the future plaintiff may obtain copies of the transcript by purchasing them from the court reporter who took down the deposition.

SO ORDERED, this 18th day of October 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE