**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| **JAMES M. MARTIN,** : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION FILE** |
| VS. : | **NO. 1:06-CV-63(WLS)** |
| **KEVIN ROBERTS, Warden** : | |
| **Defendant.** : | |

**O R D E R**

Plaintiff has filed a "Motion to Produce Plaintiff," in which he appears to seek an order ordering the production of his body for trial. This motion is **DENIED.** In the event the plaintiff withstands any dispositive motion(s) which defendant may elect to file thus requiring a trial, the court will, at that time, order the production of plaintiff for trial without the need for a motion.

SO ORDERED, this 18th day of October 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE