**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| **JAMES M. MARTIN,** : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION FILE |
| VS. : | NO. 1:06-CV-63(WLS) |
| **KEVIN ROBERTS, Warden** : | |
| **Defendant.** : | |

**O R D E R**

Plaintiff has filed a motion which he has styled, "Plaintiff Request [Middle District] Court Appoint Expert Witness." This court is unaware of any provision of law providing for the appointment and payment by the court of expert witnesses for use in a civil action wherein the plaintiff is proceeding *in forma pauperis*. Plaintiff's *in forma pauperis* status gives him relief from the requirement that the $350.00 civil filing fee be paid upon the commencement of this action. For this reason plaintiff's motion is **DENIED.**

SO ORDERED, this 18th day of October 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE