**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| JAMES M. MARTIN, | : | |
| Plaintiff, | : | |
| v. | : | 1:06-CV-63 (WLS) |
| KEVIN ROBERTS, ET. AL., | : | |
| Defendants. | : | |

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 67), filed August 7, 2007. It is recommended that Plaintiff's motion for injunctive relief or other relief (Doc. No. 48) be denied. Neither Plaintiff, nor Defendant, has filed an objection.

Upon full consideration of the record, the Court finds that said Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's motion for injunctive or other relief (Doc. No. 48) is **DENIED.**

SO ORDERED, this  6th  day of September, 2007.

                                                  /s/W. Louis Sands
                                                **W. Louis Sands, Judge
United States District Court**