**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY  DIVISION**


JAMES M. MARTIN,                              :
                                             :
        Plaintiff,                           :
                                             :
v.                                           :          1:06-CV-63 (WLS)
                                             :
KEVIN ROBERTS, ET. AL.,                      :
                                             :
                                             :
        Defendants.                          :
_____:

## O R D E R

Before the Court are the Reports and Recommendations from United States

Magistrate Judge Richard L. Hodge (Doc.  No. 115, 118,  125),  filed May 19, 2008, May

20, 2008, and June 4, 2008, respectively.  It is recommended that Plaintiff's  motion for

class certification (Doc. No. 77); motion for "leave to file re-discovery (Doc. No. 79) and

motion for a preliminary injunction (Doc. No. 102) be denied.   Plaintiff has filed an

objection to the Report and Recommendation recommending denial of his motion for class

certification and for "re-discovery."   (Doc. Nos. 121, 126).  Plaintiff has not filed an

objection to the Report and Recommendation recommending denial of his motion for

injunctive relief.

        Plaintiff's objection to the Recommendation that his motion for class certification is

without merit. (Doc. No. 121).   To the extent that Plaintiff objects to the Recommendation,

the point was clearly and correctly addressed by the Magistrate Judge.   Plaintiff's objection

to the Recommendation that his motion for "re-discovery" be denied is a compilation of re-

arguments of why the Magistrate Judge's ruling on numerous motions should be rejected and

apparently new arguments for other relief. (Doc. No. 126).   To the extent that Plaintiff's

objection addresses the substantive Recommendation of the Magistrate Judge, his objection

does not raise any legal or factual basis to state that the Magistrate Judge's recommendation

is wrong.  To the extent that Plaintiff is re-arguing previously decided orders and

Recommendations of the Magistrate Judge and this Court, or in fact, making new arguments or requests for relief, the arguments are denied as untimely.

Upon full consideration of the record, the Court finds that said Recommendations (Doc. Nos. 115, 118, 125) should be, and hereby are, **ACCEPTED**, **ADOPTED** and made the orders of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's motions for injunctive or other relief (Doc. No. 77, 79, 102) are **DENIED.**

SO ORDERED, this __5th__ day of September, 2008.


___/s/W. Louis Sands_____
**W. Louis Sands, Judge**
**United States District Court**